UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SHLOMO YASHAR,

Plaintiff,

-against-

UNITED STATES OF AMERICA,

Defendant.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 0029 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 28 2006 ★
BROOKLYN OFFICE

A Memorandum and Order of Honorable John Gleesn, United States District Judge, having been filed on April 21, 2006, granting the government's motion for summary judgment; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that judgment is hereby entered granting the government's motion for summary judgment.

Dated: Brooklyn, New York
April 27, 2006

s/Robert C. Heinemann

ROBERT C. HEINEMANN
Clerk of Court